UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHUZHEN CAO, on her own behalf and on behalf
of others similarly situated,

                Plaintiff,

      v.

155 S.G.S. CORP d/b/a Spa Butterfly; CHOI
SANG, SUNNY SANG, JIE "DOE" and "JOHN"
LEE a/k/a G Lee,

                Defendants.
------------------------------------------------------------X



**ORDER**

18-CV-10338 (ALC) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On or before January 8, 2020, the defendant shall show cause, by filing (i) a memorandum of law, no longer than five double-spaced pages and without footnotes, and (ii) admissible evidence, why "massage employees" are exempt from the Fair Labor Standards Act, under 29 C.F.R. § 541. On or before January 15, 2020, the plaintiff shall file any opposing memoranda of law with the same limitations, accompanied by admissible evidence. Any reply may be filed on or before January 20, 2020. This schedule will not be modified absent a showing of extraordinary circumstances.

Dated: New York, New York
       December 26, 2019                        SO ORDERED:

                                                                        KEVIN NATHANIEL FOX
                                                                        UNITED STATES MAGISTRATE JUDGE