UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHUZHEN CAO,

          Plaintiff,

      - against -                                ORDER

155 S.G.S. CORP, et al.

                                                 18 CV 10338 (ALC) (KNF)

          Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for November 19, 2019, shall be held on April 7, 2020, at 10:30 a.m., in courtroom 228, 40 Centre Street, New York, New York.

Dated: New York, New York        SO ORDERED:
       December 30, 2019

                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/19