UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHUZHEN CAO,

        Plaintiff,

        - against -

155 S.G.S. CORP, et al.

        Defendants.
------------------------------------------------------------X

ORDER

18 CV 10338 (ALC) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for April 7, 2020, shall be held on April 9, 2020, at 10:30 a.m., in courtroom 228, 40 Centre Street, New York, New York.

Dated: New York, New York
        January 8, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE