USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHUZHEN CAO, on her own behalf and on
behalf of all others similarly situated,

              Plaintiff,

    -against-

155 S.G.S. CORP, d/b/a Spa Butterfly;
CHOI SANG, SUNNY SANG, JIE "DOE", and
"JOHN" LEE a/k/a G Lee,

            Defendants.
-------------------------------------------------------------------X

ORDER

18-CV-10338 (ALC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A settlement conference shall be held on May 13, 2020, at 10:30 a.m., in courtroom 228, 40 Centre Street, New York, New York. The parties must access the procedures under which the settlement conference will be conducted, via the court's website.

Dated: New York, New York
         February 18, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE