UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHUZHEN CAO, on her own behalf and on : behalf of others similarly situated,

        :

        Plaintiff,

        :      **ORDER**

-against-

        :      18-CV-10338 (ALC)(KNF)

155 S.G.S. CORP, d/b/a Spa Butterfly;
CHOI SANG, SUNNY SANG, JIE "DOE", and : "JOHN" LEE a/k/a G Lee,

        :

        Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The parties shall submit their joint pretrial order to the court on or before February 4, 2021.

Dated:  New York, New York        SO ORDERED:
       December 2, 2020

                                            /s/ Kevin Nathaniel Fox
                                           KEVIN NATHANIEL FOX
                                           UNITED STATES MAGISTRATE JUDGE