TROY LAW, PLLC
*Attorneys for the Plaintiff*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

CAO *et al.*

                             Plaintiffs,

      v.

155 S.G.S. Corp d/b/a Spa Butterfly *et al.*
                           Defendants.

-----------------------------------------------------------------x

**Case No: 18-cv-10338**

**PROPOSED JUDGMENT**

The Honorable **Andrew L. Carter, Jr.**, District Judge:

      Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants 155 S.G.S. CORP d/b/a Spa Butterfly; SANG CHOI, a/k/a Choi Sang, and SUNNY CHOI a/k/a Sunny Sang, having offered to allow judgment be taken against them by consent Plaintiffs SHUZHEN CAO and MINBONG SONG a/k/a Mindy Song, in this action for a sum of **One Hundred Five Thousand Dollars ($105,000.00)** including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiffs SHUZHEN CAO and MINBONG SONG a/k/a Mindy Song suffered any damage; Plaintiffs SHUZHEN CAO and MINBONG SONG a/k/a Mindy Song, through John Troy, Troy Law PLLC, on having accepted and provided notice that they have accepted Defendants' Offer of Judgment, dated March 4, 2021, and the matter having come before this Court, the Court now render it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

      **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of **One Hundred Five Thousand Dollars ($105,000.00),** jointly and severally against Defendants 155 S.G.S. CORP d/b/a Spa Butterfly; SANG CHOI, a/k/a Choi Sang, and SUNNY CHOI a/k/a

Sunny Sang; now accrued in two (2) equal installments with the following payment schedule:

1. First installment $52,500 due in 30 days after accepting offer of judgment; and
2. Second installment $52,500 due in 60 days after accepting offer of judgment.

WHEREAS if any amounts remain unpaid, upon the aforementioned schedule, that post-judgment interest shall accrue pursuant to 28 U.S.C. 1961; and

WHEREAS upon the expiration of 90 days following the issuance of judgment, or 90 days after expiration of the time of appeal and no appeal is then pending, or 90 days following a default whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL 198(4).

Dated: _____                    _____
                                                                  U.S.D.J.